# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| WILLIAM KRAMEL, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 09-0043-CV-W-GAF |
| ) | |
| ADVANCE ELECTRIC COMPANY ) | |
| INCORPORATED OF RAYTOWN, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT

Presently before the Court is Plaintiffs William Kramel and Derrick Freeman's (collectively "Plaintiffs") Motion for Default Judgment. (Doc. #22). Plaintiffs filed the instant action against Defendants Advance Elective Company Incorporated of Raytown, Theotis Donnell, and Ameenah Donnell (collectively "Defendants") on January 21, 2009 (Doc. #1), and served them on May 1, 2009. (Doc. ##4-6). Thereafter, Plaintiffs filed their First Amended Complaint on July 15, 2009 (Doc. #14), and served Defendants on July 20, 2009. (Doc. ##16-18). To date, Defendants have not answered Plaintiffs' Complaint or First Amended Complaint or responded to either the pending Motion or the Court's Order to Show Cause dated November 5, 2009 (Doc. #23).

In affidavits attached to the pending Motion, Plaintiffs represent damages as follows:

**Plaintiff William Kramel;**
Uncompensated work-time: $20,130.00[1]

---

[1] Includes uncompensated straight time of 425 hours at $30 per hour; uncompensated overtime of 39 hours at $45 per hour; and partially compensated overtime of 375 hours at $15 per hour. Kramel Aff., ¶27.

|  |  |
|---|---|
| Liquidated damages[2]: | $20,130.00 |
| Expenses: | $ 2,213.54[3] |
| Kramel sub-total: | $42,473.54 |

**Plaintiff Derrick Freeman:**

|  |  |
|---|---|
| Uncompensated work-time: | $ 9,101.25[4] |
| Liquidated damages: | $ 9,101.25 |
| Expenses: | $    238.28[5] |
| Freeman sub-total: | $18,440.78 |

| **Attorneys' Fees:** | $10,488.00[6] |
|---|---|
| **Total:** | **$71,402.32** |

Because Defendants have failed to plead or otherwise defend, Plaintiffs' Motion is GRANTED. Therefore, it is

ORDERED that Defendants are jointly and severally liable for damages in the amount of $71,402.32. Defendants shall remit payment in the amount of $71,402.32 to Plaintiffs' counsel, Mark V. Dugan of Dugan Scholzman LLC, within sixty (60) days from the date of this Order.

s/ Gary A. Fenner
Gary A. Fenner, Judge
United States District Court

DATED: December 14, 2009

---

[2]Under the Fair Labor Standards Act, Plaintiffs are entitled to liquidated damages in an amount equal to actual damages. 29 U.S.C. § 216(b) (2009). *See also Braswell v. City of El Dorado*, 187 F.3d 954, 957 (8th Cir. 1999).

[3]*See* Kramel Aff., ¶¶17-26.

[4]Includes uncompensated straight time of 459.75 hours at $15 per hour; uncompensated overtime of 23 hours at $22.50 per hour; and partially compensated overtime of 225 hours at $7.50 per hour. Freeman Aff., ¶27.

[5]*See* Freeman Aff., ¶¶23-26

[6]Based on 36.8 hours at $285 per hour. Dugan Aff., ¶¶7, 12-13.